UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GRIFFITHS., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  2:22-cv-00439-AC <br><br><br> ORDER |

Plaintiff filed this case on March 8, 2022.  ECF No. 1.  The parties were ordered to submit their consent/decline forms regarding magistrate judge jurisdiction by June 13, 2022.  ECF No. 6.  Plaintiff has not filed his consent/decline form.  Plaintiff is ORDERED to file his consent or decline form no later than July 15, 2022.  Failure to file the form may result in sanctions.

IT IS SO ORDERED.

DATED: June 30, 2022

_(signature)_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE