UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GRIFFITHS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:22-cv-00439 AC<br><br><br>ORDER |

On March 11, 2022, this court ordered the parties to file consent/decline to magistrate jurisdiction forms no later than June 13, 2022.  ECF No. 6.  Plaintiff did not file his consent/decline form.  On July 1, 2022, the court ordered plaintiff to file a consent/decline form by July 15, 2022.  ECF No. 10.  Plaintiff again did not file a consent/decline form.

IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why his failure to file a consent/decline form after repeated orders from the court to do so should not result in this case being dismissed for failure to prosecute.  Filing a consent/decline form within this timeframe will discharge this order.  Failure to make a filing will result in a recommendation that this case be dismissed for failure to prosecute.

DATED: July 18, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE