PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARK A. GRIFFITHS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:22-cv-00439-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between Mark Griffiths (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of 40 days to deliver her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due date is November 28, 2022.  The new due date will be January 7, 2023.  The parties further stipulate that all other dates will be extended accordingly.

    Good cause exists for this request.  Defendant's counsel has worked diligently to meet the

timelines provided by the Court but has been prevented from doing so by illness and her briefing schedule. Defendant's counsel was out of the office due to illness from November 2, 2022 through November 7, 2022, and fell behind on her briefing. She has sixty-seven other active cases in various stages of litigation, and 15 responsive briefs due in the next 30 days, including one Ninth Circuit answering brief. She also has one oral argument scheduled before the Ninth Circuit on December 6, 2022. Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

WHEREFORE, Defendant requests until January 7, 2023, to deliver her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment

Respectfully submitted,

DATE: November 14, 2022

/s/ Joseph Clayton Fraulob
JOSEPH CLAYTON FRAULOB
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney

DATE: November 14, 2022    By    s/ Margaret Lehrkind
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: November 15, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE