1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBN 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  THOMAS E. CHANDLER, TX Bar No. 24031928
5  Special Assistant United States Attorney
   160 Spear Street, Suite 800
6     San Francisco, California 94105
7     Telephone: (214) 767-3763
      Facsimile: (214) 767-9189
8     E-Mail: thomas.chandler@ssa.gov
   Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GRIFFITHS, | Case No.: 2:22-cv-00439-AC |
| Plaintiff, | STIPULATION FOR AN EXTENSION OF TIME; [~~PROPOSED~~] ORDER |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's opening brief be extended thirty (30) days from January 7, 2023 up to and including February 6, 2023. This is the Defendant's second request for an extension; in addition to Defendant's prior 40-day extension for briefing (Doc. 19), Plaintiff's briefing deadline was extended pursuant to the Court's order, following stipulation of the parties (Doc. 15).

  There is good cause for this extension. Counsel for Defendant has recently been reassigned to Office of Program Litigation, Office 7 and is carrying a high workload.

Additionally, counsel for Defendant has been recently assigned this case, and this case cannot be reassigned to another attorney given ongoing high workloads across the office.

      No unnecessary delay is intended, but rather, the Commissioner seeks time to adequately evaluate this case.

                                            Respectfully submitted,

Dated: January 5, 2023                  /s/ *Joseph Clayton Fraulob*\*
                                          JOSEPH CLAYTON FRAULOB
                                          Attorney for Plaintiff
                                          (\*signature authorized via e-mail Jan. 4, 2023)

Dated: January 5, 2023                PHILLIP A. TALBERT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Associate General Counsel
                                          Social Security Administration

                            By:    /s/ *Thomas E. Chandler*
                                          THOMAS E. CHANDLER
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

## **ORDER**

      Pursuant to the parties' stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 6, 2023, to file a response to Plaintiff's opening brief.

DATED: January 5, 2023                                        [signature]
                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE